# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Honorable: JOHN H. SQUIRES

Hearing Date: April 27, 2011

Bankruptcy Case No.: 11 B 00486

Adversary No.:

Title of Case: Michelle M. Pelot

Brief Statement of Motion:

Names and Addresses of moving counsel:

Representing:

# ORDER

IT IS HEREBY ORDERED that the Order Combined with Notice that was signed on April 20, 2011, which dismissed Debtor's case for nonpayment of fees is vacated and case is to be reopened. The Debtor's Application to Pay Filing Fees in Installments allows the Debtor until May 7, 2011 to pay the final installment of $73.00.

/s/ John H. Squires

6/11/99